

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00027-CR

RODERICK UNDREA WILLIAMS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 1323471

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Roderick Undrea Williams, appellant, has submitted to the trial court a personal letter requesting dismissal of his appeal in this matter. The letter was submitted to this Court as part of the clerk's record, and we view the letter as the clearest possible expression of Williams' desire to dismiss this appeal. As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant Williams' request. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:    September 2, 2014
Date Decided:    September 3, 2014

Do Not Publish